ACCEPTED
01-15-00429-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 3:16:32 PM
CHRISTOPHER PRINE
CLERK

No. 01-15-00429-CV

<table>
<tr><td>In The First District Court of Appeals<br>Houston, Texas</td><td>FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS<br>12/17/2015 3:16:32 PM<br>CHRISTOPHER A. PRINE<br><s>Clerk</s></td></tr>
</table>

**Eileen K. Starbranch**,

*Appellant,*

**v.**

**Elizabeth Howard Crowell**,

*Appellee.*

On Appeal from the 55th Judicial District Court
Harris County, Texas
Cause No. 2013-14192

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF OF APPELLANT

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellant, Eileen K. Starbranch, respectfully files this unopposed motion for extension of time to file her reply brief.

1.    The present deadline for filing her brief is December 31, 2015.

2.    Appellant seeks an extension of 30 days, until January 30, 2016, in which to file her reply brief.

1

3. This is Appellant's first request for an extension of time to file her reply brief.

4. This motion is unopposed.

5. Appellant requests an extension because:

- When Appellee's Brief was filed, counsel for Appellant was drafting opening briefs to be filed in the following cases:

| Federal Cases on Appeal | Original Deadline |
|---|---|
| United States v. 5. Rodolfo Borja, et al, No. 15-50762 (5th Cir. filed July 27, 2015) | 12/23/2015 |
| United States v. Anthony Gonzales, et al, No. 15-50762 (5th Cir. filed Aug. 14, 2015) | 12/28/2015 |
| United States v. James Edward Alexander, No. 15-10814 (5th Cir. filed Aug. 24, 2015) | 01/04/2016 |

Appellant's counsel requested an extension of time to file the opening brief in each of these cases because, among other reasons, the records on appeal in *Borja* and *Gonzales* were missing pertinent documents and/or evidence. On December 15, 2015, the Fifth Circuit extended the deadline for filing the opening briefs in each of the above-referenced cases by thirty days.

- When Appellee's Brief was filed, Appellant's counsel was also drafting an appellee brief in *M&E Endeavours LLC v. Cintex Wireless*

2

*LLC*, No. 01-15-00234-CV (Tex. App.—Houston [1st Dist.] filed Mar. 11, 2015) which is due on January 8, 2016.[1]

- Appellant's counsel has a hearing in *George Govin v. Indera Ali*, No. CV72C0039264 (Justice Court, Precinct 7, Place 2, of Harris County, Texas) on December 22, 2015.

- Appellant's counsel and his family will be in San Angelo, Texas, beginning December 26, 2015, and through December 28, 2015, visiting relatives.

- Appellant's counsel and his family will in Costa Rica, beginning December 30, 2015, and through January 4, 2016, vacationing with extended family.

- Pursuant to an order of referral for mediation in *Kokas v. Osborne*, No. 2014-73887 (151st Civil District Court, Harris County), Appellant's counsel must represent his client at mediation in that case by January 7, 2016.

For these reasons, Appellant's counsel will probably not be able to begin working on the reply brief in this case until January 2016. Appellant's counsel is requesting a deadline well after the holidays to complete and file the reply brief.

---

[1] Contemporaneously with the filing of this motion, lead counsel for Appellant is filing a request for extension of time to file appellee's brief in *M&E Endeavours v. Cintex Wireless*.

6.    This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare Appellant's Reply Brief in a way that will assist the Court in reaching a decision.

For these reasons, Appellant respectfully requests that the deadline for filing Appellant's Reply Brief be extended 30 days until January 30, 2016.

Respectfully submitted,

NELSON S. EBAUGH, P.C.

/s/ Nelson S. Ebaugh
Nelson S. Ebaugh
Texas Bar No. 24007139
NELSON S. EBAUGH, P.C.
2777 Allen Parkway, Suite 1000
Houston, TX 77019
Ph     (713) 752-0700
Fax    (713) 739-0500
nebaugh@ebaughlaw.com

**COUNSEL FOR APPELLANT**

**CERTIFICATE OF CONFERENCE**

I conferred with Courtney B. Glaser, one of the attorneys for Appellee.  She stated that he had no objection to this Motion.

/s/ Nelson S. Ebaugh
Nelson S. Ebaugh

**CERTIFICATE OF SERVICE**

On December 17, 2015, I electronically filed this Motion with the Clerk of Court using the eFile.TXCourts.gov electronic filing system which will send notification of such filing to the following:

John B. Shely      jshely@andrewskurth.com
Courtney B. Glaser      cglaser@andrewskurth.com
ANDREWS KURTH, LLP
600 Travis, Suite 4200
Houston, Texas 77002
Fax     (713) 220-4285


/s/ Nelson S. Ebaugh
Nelson S. Ebaugh